**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL CARRILLO, JR., <br><br> Petitioner, <br><br> v. <br><br> CHRISTIAN PFEIFFER, Warden, <br><br> Respondent. | Case No. CV 17-2797 GW (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 26, 2018

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE